JOHN M. SYMS, Respondent, v. AGRICULTURAL SOCIETY OF QUEENS AND NASSAU COUNTIES, Defendant, and HEMPSTEAD BUS CORPORATION, Appellant.— In an action by plaintiff, a police officer, to recover damages for the negligence of appellant in maintaining an open grease pit on its premises, into which the plaintiff fell during the performance of his duty and in response to appellant's call for police assistance, the verdict was for plaintiff. Judgment, entered on the verdict, unanimously affirmed, with costs. No opinion. Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ. [See *post,* p. 967.]

WATERTOWN NATIONAL BANK, Respondent-Appellant, v. VAN CORTLANDT GARAGE, INC., Appellant-Respondent.— In a replevin action, judgment of the County Court of Westchester County modified on the law and the facts by striking out the amount of $168.57 in the two instances that it appears in the decretal paragraph and in each instance inserting in its place the amount of $112.88. As so modified, the judgment, insofar as appealed from, is unanimously affirmed, without costs. In our opinion the defendant's lien in the amount of $55.69 for services and supplies furnished to and for the mortgaged chattel was void, as to the chattel mortgagee, upon the defendant permitting the tractor out of its actual possession for thirty days after its lien accrued. (Lien Law, § 184; *Sterling Motor Truck Co.* v. *Lavan,* 260 N. Y. 43.) The motor, found by the trial court to have been owned by the mortgagor at the time of the execution of the mortgage, was included in the mortgaged chattels. (*Baker* v. *Central New York Freightways, Inc.,* 254 App. Div. 61.) Present — Lewis, P. J., Carswell, Johnston, Sneed and Wenzel, JJ.

MAE WEHR, Respondent, v. DANIEL G. ARNSTEIN et al., Doing Business as NETHERLAND CAB CO., Appellants.— In an action to recover damages for personal injuries suffered as the result of the alleged negligence of defendants, a partnership owning a taxicab, operated at the time of the accident by their employee, an order was made for the examination of the employee before trial as a witness. Order affirmed, with $10 costs and disbursements, the examination to proceed on five days' notice. No opinion. Lewis, P. J., Carswell, Johnston, Adel and Wenzel, JJ., concur.